JS6/ENTER
FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TOMMY EDWARD FAIRFAX,<br><br>Petitioner,<br><br>v.<br><br>JOHN MARSHALL (Warden),<br><br>Respondent. | Case No. SACV 08-00239 FMC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Failure to Obtain Prior Authorization from the Ninth Circuit.

DATED: March 18, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY